# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00537-CV

**Sayers Construction, LLC, Appellant**

**v.**

**Accordant Communications, LLC, Appellee**

## FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
## NO. 22-1261, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## **O R D E R**

**PER CURIAM**

In this interlocutory appeal, appellant Sayers Construction, LLC has filed a "Sworn Emergency Motion for Temporary Relief and Motion to Stay," seeking a stay of the trial court's August 4, 2022 "Order Appointing Receiver." The Court requested that appellee Accordant Communications, LLC file a response on or before September 30, 2022. Sayers Construction subsequently filed a "Supplemental Emergency Motion for Immediate Temporary Relief and Motion to Stay," seeking the same relief as its initial motion. In the unsworn supplemental motion, Sayers Construction informed the Court that the receiver has fired Sayers Construction's trial counsel in advance of Mark Sayers's deposition, which is scheduled for September 29, 2022. Accordant Communications responded to the supplemental motion, briefly stating its opposition to the requested relief and indicating its intent to respond more fully by the Court's September 30, 2022 deadline. To preserve the parties' rights while the Court considers

the motions for temporary relief, Accordant Communications's response opposing the supplemental motion, and Accordant Communications's response due on or before September 30, 2022, the Court grants in part Sayers Construction's motion and orders that the receiver not interfere with Sayers Construction's right to counsel of its choice, pending this Court's further review of the parties' filings related to the motion to stay. *See* Tex. R. App. P. 29.3 ("[T]he appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal . . . .").

It is ordered on September 23, 2022.

Before Justices Triana, Kelly, and Smith